IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-169-RLV-DCK

| | |
|---|---|
| PAMELA P. COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) **AMENDED ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Enlargement Of Time To File Motion For Summary Judgment And Memorandum In Support Thereof" (Document No. 9) filed November 24, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Enlargement Of Time To File Motion For Summary Judgment And Memorandum In Support Thereof" (Document No. 9) is **GRANTED**. Plaintiff shall have up to and including **December 30, 2015** to file a Motion for Summary Judgment and Memorandum in support thereof. Defendant shall have up to and including **February 29, 2016** to file a Motion for Summary Judgment and Supporting Memorandum.

Signed: November 24, 2015

David C. Keesler
United States Magistrate Judge