# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| PAMELA P. COLLINS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00169-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2016 Order.

February 10, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court