# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:15-CV-169-RLV-DCK

| | |
|---|---|
| PAMELA P. COLLINS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| CAROLYN W. COLVIN,<br>**Acting Commissioner of Social Security,** | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Application For Attorney Fees Under The Equal Access To Justice Act" (Document No. 16) filed May 9, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Application For Attorney Fees Under The Equal Access To Justice Act" (Document No. 16) is **GRANTED**, to the extent that the Court will award attorney fees in the amount of five thousand, three hundred, eighty-seven dollars and sixty cents ($5,387.60), and that pursuant to <u>Astrue v. Ratliff,</u> 560 (U.S. 2010), 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the Government will exercise its

discretion and honor an assignment of EAJA fees, and pay the awarded fees directly to Plaintiff's counsel.  No additional petition pursuant to 28 U.S.C. § 2412(3) shall be filed.

**SO ORDERED**.

Signed: May 9, 2016

David C. Keesler
United States Magistrate Judge